**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: D.E.J., A MINOR | : No. 575 EAL 2014 |
| | : |
| | : |
| PETITION OF: D.J., FATHER | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.